B. F. Lasseter and E. J. Lasseter, partners, doing business as B. F. Lasseter and Company, Appellants, v. Joseph Zapf and John Frohock, as Sheriff of Dade County, Florida, Appellees.

(Supreme Court of Florida, En Banc, October 6, 1908.)

Appeal from Circuit Court, Dade County, Minor S. Jones, Judge.

No appearance for the appellants;

M. C. Jordan, for appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. Appeal dismissed on motion of counsel for the appellees.